THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER CLARK, Appellant.

Submitted December 19, 2011; decided January 5, 2012

Reported below, 88 AD3d 527.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.